IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, and BNSF RAILWAY COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:12CV3047 |
| v. | ) ) | |
| GERALD SHETLER, RICHARD LAPP, and W-L ENTERPRISES, LLC, | ) ) ) | ORDER ON MOTION FOR EXTENSION |
| Defendants. | ) ) | |

　　IT IS ORDERED that the Motion for Extension, ECF NO. 20, is granted and the plaintiffs shall have on or before June 25, 2012, in which to file and serve its response to the defendant W-L Enterprises' Motion to Dismiss.

　　Dated June 7, 2012.

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　*/s/ Warren K. Urbom*

　　　　　　　　　　　　　　　　　　Warren K. Urbom
　　　　　　　　　　　　　　　　　　United States Senior District Judge