IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY,<br><br>          Plaintiffs,<br><br>     vs.<br><br>GERALD SHETLER, RICHARD LAPP, W-L ENTERPRISES, LLC,<br><br>          Defendants. | 4:12CV3047<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) Plaintiffs' motion for leave to file an amended complaint, (filing no. 25), is granted.

2) Plaintiffs' amended complaint, a copy of which is attached to their motion, shall be filed on or before July 3, 2012.

3) The defendants shall file their answer or response to the plaintiffs' amended complaint on or before thirty days after the amended complaint is filed.

Dated this 27th day of June, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge