IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>GERALD SHETLER, RICHARD LAPP, W-L ENTERPRISES, LLC, WRIGHT-LORENZ GRAIN CO., INC.,<br><br>　　　　　Defendants. | 4:12CV3047<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)   The motion to withdraw filed by Knudsen, Berkheimer, Richardson & Endacott, LLP and attorney Jeanelle R. Lust as counsel of record on behalf of Wright-Lorenz Grain Co., Inc., (filing no. 60), is granted.

2)   Jeanelle R. Lust and Knudsen, Berkheimer, Richardson & Endacott, LLP, remain counsel of record for W-L Enterprises, LLC.

October 15, 2012.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge