IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NATIONAL RAILROAD PASSENGER
CORPORATION,  BNSF RAILWAY
COMPANY,

                    Plaintiffs,

          vs.

GERALD SHETLER, RICHARD LAPP,
W-L ENTERPRISES, LLC,  WRIGHT-
LORENZ GRAIN CO., INC.,

                    Defendants.

**4:12CV3047**

**MEMORANDUM AND ORDER**

IT IS ORDERED:

1)  The Motion to Continue Status Conference and Extension of Written
    Discovery Deadline, (Filing No. 71), is granted.

2)  The telephonic conference scheduled for **January 29, 2013** is cancelled.

3)  The deadline for completing written discovery under Rules 33 through 36
    of the Federal Rules of Civil Procedure is March 4, 2013.  Motions to
    compel Rule 33 through 36 discovery must be filed by February 19, 2013.

4)  Since many attorneys and parties are involved in this case, counsel shall
    promptly confer regarding setting a settlement conference and, if all parties
    are willing to participate, shall discuss whether any of the following dates
    can be reserved at this time for scheduling a settlement conference:

        March 18, 25, 27 or 29;
        April 1, 3, 5, 8, 15, 17, 18, or 19.

January 17, 2013

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge