IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,  BNSF RAILWAY COMPANY,<br><br>        Plaintiffs,<br><br>   vs.<br><br>GERALD SHETLER, RICHARD LAPP, W-L ENTERPRISES, LLC,  WRIGHT-LORENZ GRAIN CO., INC.,<br><br>        Defendants. | **4:12CV3047**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Attorney Travis S. Young as counsel of record on behalf of Defendant Wright-Lorenz Grain Co., Inc., (filing no. 73), is granted.

January 28, 2013.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge