IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NATIONAL RAILROAD PASSENGER
CORPORATION,  BNSF RAILWAY
COMPANY,

                   Plaintiffs,

vs.

GERALD SHETLER, RICHARD LAPP,  W-L
ENTERPRISES, LLC,  WRIGHT-LORENZ
GRAIN CO., INC.,

                   Defendants.

**4:12CV3047**

**ORDER OF DISMISSAL**

       According to the Joint Stipulation for Dismissal With Prejudice, ECF No. 81, the "matters in controversy have been compromised, settled and full accord and satisfaction made." The parties agree that this action and all cross-claims may be ordered dismissed with prejudice, each party to pay his or its own costs.

       IT IS SO ORDERED.

       Dated May 15, 2013.

                              BY THE COURT

                              Warren K. Urbom
                              United States Senior District Judge